### 6699. WILLIAMS v. JACKSON.

BROYLES, J. This being a case from the municipal court of Atlanta, and the bill of exceptions not having been certified by the chief judge of that court, the writ of error must be dismissed. See *Ripley* v. *Buchanan,* 17 *Ga. App.* 383 (87 S. E. 156).

*Writ of error dismissed. Russell, C. J., absent.*
DECIDED MARCH 16, 1916.

Foreclosure of mortgage; from municipal court of Atlanta. May 19, 1915.

*Albert Kemper,* for plaintiff in error.

*Gober & Jackson,* contra.